1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANDREW L. GRANGER,

11              Plaintiff,                    No. CIV S-07-0602 MCE DAD P

12        vs.

13    ROSEANNE CAMPBELL, et al.,

14              Defendants.              FINDINGS AND RECOMMENDATIONS

15    _____/

16              By an order filed March 29, 2007, plaintiff was ordered to file a completed

17    application to proceed in forma pauperis within thirty days.  In addition, plaintiff's complaint was

18    dismissed and thirty days leave to file an amended complaint was granted.  Plaintiff was

19    cautioned that failure to do so would result in a recommendation that this action be dismissed.

20    The thirty day period has now expired, and plaintiff has not filed a completed application to

21    proceed in forma pauperis, has not filed an amended complaint, and has not otherwise responded

22    to the court's order.

23              IT IS HEREBY RECOMMENDED that this action be dismissed without

24    prejudice.  See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

25              These findings and recommendations are submitted to the United States District

26    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written

2  objections with the court.  Such a document should be captioned "Objections to Magistrate

3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

5  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: May 10, 2007.

7

8  _____

9  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
    gran0602.fifp.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26