# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANDREW L. GRANGER,**

CASE NO: **2:07–CV–00602–MCE–DAD**

v.

**ROSEANNE CAMPBELL, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 06/26/07**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **June 26, 2007**

by: /s/ C. Manzer
Deputy Clerk